UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

FRANGIE ESPINAL, ON BEHALF OF HERSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

        Plaintiffs,

No.: 1:23-cv-4300

        v.

**NOTICE OF VOLUNTARY DISMISSAL**

ETERNEVA, INC.,

        Defendant.
----------------------------------------x

Plaintiff(s), FRANGIE ESPINAL, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, ETERNEVA, INC., with prejudice and without fees and costs.

Dated: New York, New York
       August 30, 2023

GOTTLIEB & ASSOCIATES

/s/Michael A. LaBollita, Esq.

Michael A. LaBollita, Esq., (ML-9985)
150 East 18th Street, Suite PHR
New York, NY 10003
Phone: (212) 228-9795
Fax: (212) 982-6284
Michael@Gottlieb.legal

*Attorneys for Plaintiffs*

So Ordered.

Dated: August 31, 2023
New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE